UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-02882-JC | Date | July 21, 2025 |
|---|---|---|---|
| Title | Stella Arakelyan, et al. v. Kika Scott, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**     (IN CHAMBERS)  **ORDER TO SHOW CAUSE**

On April 3, 2025, Plaintiffs filed a Verified Complaint for Mandamus and Declaratory Judgment ("Complaint") against (1) Kika Scott, in her Official Capacity, Acting Director, U.S. Citizenship and Immigration Services; (2) David Radel, in his Official Capacity, Director, U.S. Citizenship and Immigration Services, Los Angeles Asylum Office; and (3) Kristi Noem, in her Official Capacity, Secretary, U.S. Department of Homeland Security (collectively, "Defendants").  Pursuant to Rules 4(c)(1) and 4(m) of the Federal Rules of Civil Procedure and Local Rule 4-6, Plaintiffs' deadline to complete service upon the Defendants was July 2, 2025, and their deadline to file proofs of service reflecting the same was July 16, 2025.[1]  See also Standing Order (Docket No. 14) (directing Plaintiffs promptly to serve Complaint and Summons in accordance with Fed. R. Civ. P. 4 and timely to file proofs of service within fourteen (14) days of service and cautioning that absent further order of the Court, any defendants not timely served shall be dismissed from the action without prejudice shall be dismissed).  On July 8, 2025, Plaintiffs filed proofs of service which reflect that certified copies of the Complaint and Summons were sent to Defendants on June 6, 2025.  (Docket Nos. 15-17).  However, as noted below (see supra note 1), such proofs of service are insufficient to establish that service upon Defendants has timely been completed as required.  Plaintiffs have not otherwise demonstrated that service upon the Defendants is complete.

---

[1] Pursuant to Rule 4 of the Federal Rules of Civil Procedure, service upon United States Officers in their official capacities is accomplished by (1) sending a copy of the summons and complaint upon such officers by registered or certified mail (Fed. R. Civ. P. 4((i)(2)); and (2) serving the United States itself (Fed. R. Civ. P. 4(i)(2)), the latter of which is accomplished by (a) delivering a copy of the summons and complaint to the United States Attorney for the district where the action is brought or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk or sending a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; and (b) sending a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.  (Fed. R. Civ. P. 4(i)(1)).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-02882-JC | Date | July 21, 2025 |
|---|---|---|---|
| Title | Stella Arakelyan, et al. v. Kika Scott, et al. | | |

    IT IS THEREFORE ORDERED, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, that within fourteen (14) days of the date of this Order, Plaintiffs shall show cause, if there be any, why complete service has not timely been made on Defendants, and why this case should not be dismissed without prejudice as against the Defendants for failure to effectuate service and for lack of prosecution. Failure timely to respond to this Order to Show Cause or to show cause, may result in the dismissal of this action without prejudice for failure to effectuate service and/or for lack of prosecution.

    IT IS SO ORDERED.