UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-02882-JC | Date | January 5, 2026 |
|---|---|---|---|
| Title | Stella Arakelyan, et al. v. Kika Scott, et al | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| none | | none |

**Proceedings:**   (In Chambers)

**ORDER DISCHARGING PRIOR ORDER TO SHOW CAUSE AND ISSUING NEW ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The action herein was filed on April 3, 2025. On July 8, 2025, August 9, 2025, August 25, 2025 – partially in response to a prior Order to Show Cause – Plaintiffs filed proofs of service regarding service of the Complaint and Summons on the three named Defendants whose apparent deadline to file a responsive pleading has expired. In light of Plaintiffs' most recent submission (Docket No. 21), the prior Order to Show Cause is discharged. (See Docket Nos. 18, 20). However, even though no answer or other response to the Complaint has been filed, Plaintiffs have not filed a request for the entry of default against any Defendant. It is Plaintiffs' responsibility to prosecute the action diligently.

Accordingly, the Court, on its own motion, hereby ORDERS Plaintiffs to show cause in writing no later than **January 20, 2026**, why this action should not be dismissed for lack of prosecution. **Plaintiffs' failure timely to file a response to this Order to Show Cause and/or to show good cause may result in the dismissal of this case based on Plaintiffs' lack of prosecution and/or failure to comply with this Order to Show Cause. Alternatively, Plaintiffs shall file requests for the entry of default as to the three Defendants by the foregoing deadline, which will constitute sufficient compliance with this Order to Show Cause.**

IT IS SO ORDERED.